

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6359

October 12, 2022

**BY ECF:**
Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  Santiago Gomez v. Doe 7:22-cv-05731-NSR

Dear Judge Roman:

I write on behalf of this Office in response to the Court's August 12, 2022 Order seeking the names, badge numbers, and address where the Defendants "John and Jane Doe" may be served. See Dkt. No. 7. In accordance with that Order, this Office has learned the following information from the Department of Correction and Community Supervision ("DOCCS") regarding the Defendants specified in the Court's Order:

- "John Doe 1": The full name of the person Plaintiff appears to intend to name is Investigator Mark Lugo, Badge #172, and he can be served at 1006 35th Avenue Long Island City, New York 11106.
- "John Doe 2": The full name of the person Plaintiff appears to intend to name is Investigator Gerald Brown, Badge #105, and he can be served at 1006 35th Avenue Long Island City, New York 11106.
- "John Doe 3": The full name of the person Plaintiff appears to intend to name is Investigator Carlton Guiden, Badge #338, and he can be served at 1006 35th Avenue Long Island City, New York 11106.

The above details are based on information available at this time and are not an admission that the individuals engaged in the acts alleged or violated Plaintiff's rights.

Respectfully submitted,

*S/ Andrew Blancato*
Andrew Blancato
Assistant Attorney General
Andrew.Blancato@ag.ny.gov

cc: **via ECF**
Alexis Padilla, Esq.
*Attorney for Plaintiff*
378 Lewis Avenue #6
Brooklyn, NY 11233
917-238-2993